Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 3

| | |
|---|---|
| OMAN FASTENERS, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>      Defendant. | **SUMMONS**<br>Court No. 24-00008 |

To:   The Attorney General, the U.S. Department of Commerce and/or the Commissioner of U.S. Customs and Border Protection:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1.  Plaintiff Oman Fasteners, LLC is a foreign producer and exporter and U.S. importer of certain steel nails from the Sultanate of Oman. Plaintiff participated as an interested party in the proceeding before the U.S. Department of Commerce that resulted in the contested determination. Plaintiff is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(a)(2)(A), 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).

_____
(Name and Standing of plaintiff)

2.  Plaintiff contests the final results of the U.S. Department of Commerce, International Trade Administration's final results of the July 1, 2021 - June 30, 2022 antidumping duty administrative review of the antidumping duty order on *Certain Steel Nails from the Sultanate of Oman. See Certain Steel Nails from the Sultanate of Oman,* 88 Fed. Reg. 85,878 (Dep't Commerce Dec. 11, 2023) (final results). The antidumping duty proceeding was conducted pursuant to section 751 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1675. This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

_____
(Brief description of contested determination)

Form 3-2

3.  December 4, 2023
_____
(Date of determination)

4.  Commerce's *Final Results* were published in the *Federal Register* on December 11, 2023.
_____
(If applicable, date of publication in Federal Register of notice of contested determination)

        Michael P. House
        Perkins Coie LLP
        700 Thirteenth St., NW
        Washington, D.C.  20005
        202-654-6288
        mhouse@perkinscoie.com

        *Counsel to Oman Fasteners, LLC*

/s/ Michael P. House
Michael P. House

Dated: January 10, 2024

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930 the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, 12124
Washington, D C 20530

Office of the General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, N.W.
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, D.C. 20230