**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| OMAN FASTENERS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 24-00008 |

**ORDER OF DISMISSAL**

  Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                 Mario Toscano
                 Clerk of the Court


            By: <u>/s/ Scott Warner</u>
                Deputy Clerk


Date: February 13, 2024
    New York, New York